# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br>v.<br>$80,560.00 IN U.S. CURRENCY,<br>　　　Defendant. | Case No.: CV 21-1062-CBM-AFM(x)<br><br>**JUDGMENT**　　JS-6 |

　　　Consistent with the Order re: Plaintiff's Motion for Default Judgment, judgment is entered against the interests of Antonio Machado, Medina's Auto Body Shop, Maria Medina, Jerome Johnson, and all other potential claimants, and in favor of Plaintiff United States of America.

　　　Defendant $80,560.00 in U.S. Currency ("Defendant Currency") is forfeited to Plaintiff United States of America, and all right, title and interest in Defendant Currency is vested in the United States of America.

DATED: 7/21, 2021.

　　　　　　　　　　　　　　　　　　CONSUELO B. MARSHALL
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE